United States District Court
Southern District of Texas
**ENTERED**
April 06, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **WILMER ALEXANDER RUIZ-TURCIOS,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00417** |
| | § | |
| **WARDEN OF RIO GRANDE** | § | |
| **PROCESSING CENTER,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

In the Court's order issued on March 31, 2026, the Court ordered Respondents to submit a status report within 24 hours confirming the status of Petitioner's release, but Respondents have failed to submit a status report. (*See* Dkt. 7.) The Parties are **ORDERED** to submit a status report to the Court confirming Petitioner's release **within 24 hours of the date of this Order**.

IT IS SO ORDERED.

SIGNED this April 6, 2026.

_____
Diana Saldaña
United States District Judge